| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Donaciano Garcia |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | Northern    District of    Illinois (State) |
| Case number | 11-23222 |

## Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1:    Mortgage Information

**Name of creditor:**  Nationstar Mortgage LLC

**Court claim no.** (if known) _____

**Last 4 digits** of any number you use to identify the debtor's account: ___2159___

**Property address:**  118 Logan Avenue
Number    Street

Joliet                          IL          60433
City                          State      Zip Code

## Part 2:    Prepetition Default Payments

*Check one:*

■ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.  Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is _____

## Part 3:    Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: _____
MM / DD / YYYY

■ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of , is:

a.  Total postpetition ongoing payments due:                                  (a)  $10,962.93

b.  Total fees, charges, expenses, escrow, and costs outstanding:    +   (b)  _____

c.  Total.  Add lines a and b.                                              (c)  $10,962.93

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on:        05/01/2015
MM / DD / YYYY

Debtor 1 _____Donaciano Garcia_____    Case number *(if known)*  __11-23222_____
        First Name     Middle Name    Last Name

## Part 4:  Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5:  Sign Here

**The person completing this response must sign it.  The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box:*

- ☐ I am the creditor.
- ☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ ___/s/ Gloria Tsotsos_____    Date  ___7/20/2016_____
   Signature

Print       ___Gloria Tsotsos_____    Title  ___Attorney for Creditor_____
        First Name    Middle Name   Last Name

Company   ___Codilis & Associates, P.C._____

**If different from the notice address listed on the proof of claim to which this response applies:**

Address    _____
         Number    Street

        _____
         City        State    ZIP Code

Contact phone  _____    Email  _____

File #14-16-07134

## CERTIFICATE OF SERVICE

      The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed below, as to the Trustee and Debtor's attorney via electronic notice on July 20, 2016 and as to the debtor by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527 before the hour of 5:00 PM on  July 20, 2016.

Glenn B Stearns, Chapter 13 Trustee, 801 Warrenville Road, Suite 650, Lisle, IL 60532 by electronic notice through ECF
Donaciano Garcia, Debtor(s), 118 Logan Avenue, Joliet, IL 60433
William J Weiler, Attorney for Debtor(s), 2424 Plainfield Road, Suite 300, Crest Hill, IL 60403 by electronic notice through ECF
Office of U.S. Trustee, 219 S. Dearborn St., Room 873, Chicago, IL 60604 by electronic notice through ECF

/s/ Gloria Tsotsos

Berton J. Maley ARDC#6209399
Rachael A. Stokas ARDC#6276349
Gloria C. Tsotsos ARDC#6274279
Jose G. Moreno ARDC#6229900
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300)
**C&A FILE (14-16-07134)**

NOTE: This law firm is a debt collector.

## Post-Petition Ledger

| Filed By: | ONACIANO GARCI 0 | | Payment Changes | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | From Date | To Date | Total Amount | P&I Total | Escrow Total | Interest Rate Change | |
| Case Number: | 11-23222 | | | | | | | |
| Filing Date: | 05/31/11 | | | | | | | |
| Payments in POC | $5,000.00 | | | | | | | |
| First Post Due Date | 06/01/11 | | | | | | | |

| Date | Amount Received | Applied To | Post Petition Amount Due | Post Suspense Balance | Comments | | Payment Applied (P&I and Escrow) | Additional Escrow Applied | Fees/Costs/Corp Applied | Payment Suspense | LSAM BR Suspense Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | $ 195.00 | | | $ 195.00 | | | | | | $ 195.00 | 195.00 |
| 06/20/11 | $ 1,329.93 | | | $ 1,524.93 | | | $ 1,329.93 | | | $ 0.00 | 195.00 |
| 07/15/11 | $ 1,329.93 | | | $ 2,854.86 | | | $ 1,329.93 | | | $ - | 195.00 |
| 08/31/11 | $ 1,329.93 | | | $ 4,184.79 | | | $ 1,329.93 | | | $ - | 195.00 |
| 08/31/11 | $ 45.00 | | | $ 4,229.79 | | | | | | $ 45.00 | 240.00 |
| 10/05/11 | $ 1,329.93 | | | $ 5,559.72 | | | $ 1,329.93 | | | $ 0.00 | 240.00 |
| 10/05/11 | $ 43.30 | | | $ 5,603.02 | | | | | | $ 43.30 | 283.30 |
| 11/14/11 | $ 1,000.00 | | | $ 6,603.02 | | | $ 1,283.30 | | | $ (283.30) | $ - |
| 11/14/11 | $ 373.23 | | | $ 6,976.25 | | | | | | $ 373.23 | 373.23 |
| 12/02/11 | $ 955.86 | | | $ 7,932.11 | | | | | | $ 955.86 | $ 1,329.09 |
| 12/02/11 | $ 417.37 | | | $ 8,349.48 | | | | | | $ 417.37 | $ 1,746.46 |
| 12/29/11 | | | | $ 8,349.48 | | | $ 1,329.93 | | | $ (1,329.93) | $ 416.53 |
| 12/29/11 | $ 955.86 | | | $ 9,305.34 | | | | | | $ 955.86 | $ 1,372.39 |
| 12/29/11 | | | | $ 9,305.34 | | | $ 1,329.93 | | | $ (1,329.93) | $ 42.46 |
| 01/23/12 | $ 955.86 | | | $ 10,261.20 | | | | | | $ 955.86 | $ 998.32 |
| 02/29/12 | | | | $ 10,261.20 | | | 998.32 | | | $ (998.32) | $ - |
| | | | | $ 10,261.20 | | | | | | $ - | $ - |
| Loan Mod Entered ( Next Due Date is 03/01/12 ) | | | | $ - | | | | | | $ - | $ - |
| | | | | $ - | | | | | | $ - | $ - |
| 03/14/12 | 945.18 | 03/01/12 | 945.18 | $ - | | | 945.18 | | | $ - | $ - |
| 03/14/12 | 945.18 | 04/01/12 | 945.18 | $ (0.00) | | | 945.18 | | | $ (0.00) | (0.00) |
| 03/14/12 | 399.13 | | | $ (0.00) | PRIN PMT | | 399.13 | | | $ 399.13 | (0.00) |
| 03/14/12 | 413.04 | | | $ (0.00) | PRIN PMT | | 413.04 | | | $ 413.04 | (0.00) |
| 05/04/12 | 945.18 | 05/01/12 | 945.18 | $ (0.00) | | | 945.18 | | | $ (0.00) | (0.00) |
| 05/31/12 | 945.18 | 06/01/12 | 945.18 | $ (0.00) | | | 945.18 | | | $ (0.00) | (0.00) |
| 07/02/12 | 945.18 | 07/01/12 | 945.18 | $ (0.00) | | | 945.18 | | | $ (0.00) | (0.00) |
| 08/03/12 | 945.18 | 08/01/12 | 945.18 | $ (0.00) | | | 945.18 | | | $ (0.00) | (0.00) |
| 09/07/12 | 945.18 | 09/01/12 | 945.18 | $ (0.00) | | | 945.18 | | | $ (0.00) | (0.00) |
| 10/11/12 | 945.18 | 10/01/12 | 945.18 | $ (0.00) | | | 945.18 | | | $ (0.00) | (0.00) |
| 11/08/12 | 945.18 | | | $ 1,890.36 | | | 945.18 | | | $ - | $ - |
| 12/03/12 | 945.18 | | | $ 1,890.36 | | | 945.18 | | | $ - | $ - |
| 12/05/12 | | | | $ 60.72 | PRIN PMT | | 1,829.64 | 299.76 | | $ (2,129.40) | (2,129.40) |
| 02/27/13 | 1,584.89 | 11/01/12 | 945.18 | $ 700.43 | | | 945.18 | | | $ 639.71 | (1,489.69) |
| 02/27/13 | | 12/01/12 | | $ 700.43 | | | 945.18 | | | $ (945.18) | (2,434.87) |
| 03/11/13 | 915.27 | 12/01/12 | 945.18 | $ 670.52 | | | 945.18 | | | $ (29.91) | (2,464.78) |
| 04/15/13 | 945.18 | 01/01/13 | 945.18 | $ 670.52 | | | 945.18 | | | $ - | (2,464.78) |
| 05/02/13 | | | | $ 670.52 | | | 938.23 | | | $ (938.23) | (3,403.01) |
| 05/03/13 | | | | $ 42.85 | PRIN PMT | | 42.85 | | | $ (42.85) | (3,445.86) |
| 05/14/13 | 938.23 | 02/01/13 | 945.18 | $ 620.72 | | | 938.23 | | | $ - | (3,445.86) |
| 05/14/13 | 0.77 | | | $ 620.72 | PRIN PMT | | 0.77 | | | $ - | (3,445.86) |
| 05/22/13 | | | | $ 285.34 | PRIN PMT | | 335.38 | | | $ (335.38) | (3,781.24) |
| 06/17/13 | 938.23 | | | $ 1,223.57 | | | 938.23 | | | $ - | (3,781.24) |
| 06/17/13 | 0.77 | | | $ 1,223.57 | PRIN PMT | | 0.77 | | | $ - | (3,781.24) |
| 06/25/13 | | | | $ 888.19 | PRIN PMT | | 335.38 | | | $ (335.38) | (4,116.62) |
| 07/15/13 | 938.23 | 03/01/13 | 945.18 | $ 881.24 | | | 938.23 | | | $ - | (4,116.62) |
| 07/15/13 | 0.77 | | | $ 881.24 | PRIN PMT | | 0.77 | | | $ - | (4,116.62) |
| 07/23/13 | | | | $ 545.86 | PRIN PMT | | 335.38 | | | $ (335.38) | (4,452.00) |
| 08/15/13 | 938.23 | 04/01/13 | 945.18 | $ 538.91 | | | 938.23 | | | $ - | (4,452.00) |
| 08/15/13 | 0.77 | | | $ 538.91 | PRIN PMT | | 0.77 | | | $ - | (4,452.00) |
| 08/27/13 | | | | $ 203.53 | PRIN PMT | | 335.38 | | | $ (335.38) | (4,787.38) |
| 09/16/13 | 938.23 | 05/01/13 | 938.23 | $ 203.53 | | | 938.23 | | | $ - | (4,787.38) |
| 09/16/13 | 0.77 | | | $ 203.53 | PRIN PMT | | 0.77 | | | $ - | (4,787.38) |
| 10/21/13 | 938.23 | | | $ 1,141.76 | | | 938.23 | | | $ - | (4,787.38) |
| 10/21/13 | 0.77 | | | $ 1,141.76 | PRIN PMT | | 0.77 | | | $ - | (4,787.38) |
| 10/29/13 | | | | $ 929.14 | PRIN PMT | | 212.62 | | | $ (212.62) | (5,000.00) |
| 11/15/13 | 885.26 | 06/01/13 | 938.23 | $ 876.17 | | | 885.26 | | | $ - | (5,000.00) |
| 11/15/13 | 53.10 | | | $ 876.17 | PRIN PMT | | 53.10 | | | $ - | (5,000.00) |
| 12/13/13 | 885.26 | 07/01/13 | 938.23 | $ 823.20 | | | 885.26 | | | $ - | (5,000.00) |
| 12/13/13 | 0.74 | | | $ 823.20 | PRIN PMT | | 0.74 | | | $ - | (5,000.00) |
| 01/31/14 | 885.26 | 08/01/13 | 938.23 | $ 770.23 | | | 885.26 | | | $ - | (5,000.00) |
| 01/31/14 | 4.74 | | | $ 770.23 | PRIN PMT | | 4.74 | | | $ - | (5,000.00) |
| 04/11/14 | 885.26 | 09/01/13 | 938.23 | $ 717.26 | | | 885.26 | | | $ - | (5,000.00) |
| 04/11/14 | 885.26 | 10/01/13 | 938.23 | $ 664.29 | | | 885.26 | | | $ - | (5,000.00) |
| 04/25/14 | 0.14 | | | $ 664.29 | PRIN PMT | | 0.14 | | | $ - | (5,000.00) |
| 06/27/14 | 885.26 | 11/01/13 | 938.23 | $ 611.32 | | | 885.26 | | | $ - | (5,000.00) |
| 06/27/14 | 885.26 | 12/01/13 | 938.23 | $ 611.32 | | | 885.26 | | | $ - | (5,000.00) |

| Date | Amount | Date | Amount | Balance | Note |
|---|---|---|---|---|---|
| 08/22/14 | $ 885.26 | 01/01/14 | $ 885.26 | $ 611.32 | |
| 08/22/14 | $ 885.26 | 02/01/14 | $ 885.26 | $ 611.32 | |
| 09/22/14 | $ 885.26 | 03/01/14 | $ 885.26 | $ 611.32 | |
| 11/26/14 | $ 885.26 | 04/01/14 | $ 885.26 | $ 611.32 | |
| 11/26/14 | $ 885.26 | 05/01/14 | $ 885.26 | $ 611.32 | |
| 12/22/14 | $ 848.50 | 06/01/14 | $ 885.26 | $ 574.56 | |
| 03/09/15 | $ 848.50 | 07/01/14 | $ 885.26 | $ 537.80 | |
| 03/30/15 | $ 848.50 | 08/01/14 | $ 885.26 | $ 501.04 | |
| 04/30/15 | $ 848.50 | 09/01/14 | $ 885.26 | $ 464.28 | |
| 05/31/15 | $ 848.50 | 10/01/14 | $ 885.26 | $ 427.52 | |
| 07/08/15 | $ 860.00 | 11/01/14 | $ 885.26 | $ 402.26 | |
| 08/03/15 | $ 848.50 | 12/01/14 | $ 848.50 | $ 402.26 | |
| 09/28/15 | $ 848.50 | 01/01/15 | $ 848.50 | $ 402.26 | |
| 09/28/15 | $ 0.01 | | | $ 402.27 | |
| 11/30/15 | $ 735.10 | 02/01/15 | $ 848.50 | $ 288.87 | |
| 11/30/15 | $ 113.40 | | | $ 402.27 | |
| 11/30/15 | $ 848.50 | 03/01/15 | $ 848.50 | $ 402.27 | |
| 12/28/15 | | | | $ 402.27 | |
| 01/11/16 | $ 735.10 | 04/01/15 | $ 848.50 | $ 288.87 | |
| 01/11/16 | $ 114.90 | | | $ 403.77 | |
| 07/14/16 | | | | $ 403.77 | **Need to back off** |
| 07/14/16 | | | | $ 403.77 | |
| 07/14/16 | | | | $ 403.77 | |
| 07/14/16 | | | | $ 403.77 | |
| 07/14/16 | | | | $ 403.77 | |
| 07/14/16 | | | | $ 403.77 | |
| | | | | $ 403.77 | |
| | | | | $ 403.77 | |
| | | | | $ 403.77 | |
| | | | | $ 403.77 | |
| | | | | $ 403.77 | |
| | | | | $ 403.77 | |
| | | | | $ 403.77 | |
| | | | | $ 403.77 | |
| | | | | $ 403.77 | |

| Amount | | Amount | Balance |
|---|---|---|---|
| $ 885.26 | | $ - | $ (5,000.00) |
| $ 885.26 | | $ - | $ (5,000.00) |
| $ 885.26 | | $ - | $ (5,000.00) |
| $ 885.26 | | $ - | $ (5,000.00) |
| $ 885.26 | | $ - | $ (5,000.00) |
| $ 848.50 | | $ - | $ (5,000.00) |
| $ 848.50 | | $ - | $ (5,000.00) |
| $ 848.50 | | $ - | $ (5,000.00) |
| $ 848.50 | | 11.50 | $ (4,988.50) |
| $ 848.50 | | $ - | $ (4,988.50) |
| $ 848.50 | | $ - | $ (4,988.50) |
| | | 0.01 | $ (4,988.49) |
| | | 113.40 | $ (4,875.09) |
| | | 848.50 | $ (4,026.59) |
| $ 735.10 | | $ (735.10) | $ (4,761.69) |
| $ 735.10 | | $ - | $ (4,761.69) |
| | | 114.90 | $ (4,646.79) |
| $ (848.50) | | 848.50 | $ (3,798.29) |
| $ (848.50) | | 848.50 | $ (2,949.79) |
| $ (848.50) | | 848.50 | $ (2,101.29) |
| $ (735.10) | | 735.10 | $ (1,366.19) |
| $ (735.10) | | 735.10 | $ (631.09) |
| $ (735.10) | | 735.10 | $ 104.01 |
| | | $ - | $ 104.01 |
| | | $ - | $ 104.01 |
| | | $ - | $ 104.01 |
| | | $ - | $ 104.01 |
| | | $ - | $ 104.01 |
| | | $ - | $ 104.01 |
| | | $ - | $ 104.01 |
| | | $ - | $ 104.01 |
| | | $ - | $ 104.01 |
| | | $ - | $ 104.01 |
| | | $ - | $ 104.01 |